| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION |
| Case number *(if known)* _____ Chapter __11__ |

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **High Point, LLC** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **AW Innovative Circuits, LLC**<br>**AW Spitfire International**<br>**AW Innovative Circuits**<br>**AW Innovative Circuits, Inc.** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **20-3716128** |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business**<br><br>**7615 US Hwy 70 #1020**<br>**Nashville, TN 37221**<br>Number, Street, City, State & ZIP Code<br><br>**Davidson**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**311A S. Parkway Corinth, MS 38834**<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **www.icimfg.com** | |
| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

| Debtor | **High Point, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

7. **Describe debtor's business**  A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☒ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   __3363__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**  *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ☒ Chapter 11. *Check **all** that apply*:

       ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

       ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

       ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

       ☐ A plan is being filed with this petition.

       ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

       ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

       ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.

   ☒ No.
   ☐ Yes.

   | District | | When | | Case number | |
   |---|---|---|---|---|---|
   | District | | When | | Case number | |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☐ No
    ☒ Yes.

    List all cases. If more than 1, attach a separate list

    | Debtor | **See Attachment** | Relationship | |
    |---|---|---|---|
    | District | | When | | Case number, if known | |

| Debtor | High Point, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**  Check all that apply:
- ☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
- ☒ No
- ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)
- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes.   Insurance agency _____
   Contact name _____
   Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*
- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ☐ 1-49
- ☒ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☒ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☒ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **High Point, LLC**          Case number (*if known*) _____
         Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **April 10, 2025**
                MM / DD / YYYY

**X** **/s/ Gregory Jay Ramsey**                          **Gregory Jay Ramsey**
Signature of authorized representative of debtor          Printed name

Title   **Member**

**18. Signature of attorney**

**X** **/s/ Robert J. Gonzales**                          Date **April 10, 2025**
Signature of attorney for debtor                               MM / DD / YYYY

**Robert J. Gonzales**
Printed name

**EmergeLaw, PLC**
Firm name

**4235 Hillsboro Pike, Suite 300**
**Nashville, TN 37215**
Number, Street, City, State & ZIP Code

Contact phone  **(615) 815-1535**    Email address  **ecf@emerge.law**

**16705 TN**
Bar number and State

Debtor  **High Point, LLC**　　　　　　　　　　　　　　　　Case number *(if known)*
　　　　　Name

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION

Case number *(if known)*　　　　　　　　　　　Chapter　**11**

☐ Check if this is an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Hypertech, Inc.** | | | Relationship to you | **Affiliate** |
| District | **Middle District of Tennessee** | When | **4/10/25** | Case number, if known | |
| Debtor | **SF Technologies Inc** | | | Relationship to you | **Affiliate** |
| District | **Middle District of Tennessee** | When | **4/10/25** | Case number, if known | |

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Additive Manufacturing  5988 Edmond Street  Las Vegas, NV 89118 | | Vendor | | | | $8,221.10 |
| American Express  P.O. Box 981535, El Paso, TX 79998.  El Paso, TX 79998-1535 | | Money Loaned | | | | $65,730.51 |
| Aonics Electronics  140 Island Way, PMB #158  Clearwater Beach, FL 33767 | | Vendor | | | | $29,429.06 |
| Arrow  P.O. Box 951597  Dallas, TX 75395 | | Vendor | | | | $24,284.42 |
| Automated Machine Products  1702 Sawyer Rd  Corinth, MS 38834 | | Vendor | | | | $15,200.00 |
| Balboa Capital Corporation  P.O. Box 15270  Irvine, CA 92623 | (888) 272-1800 | Money Loaned | Unliquidated  Disputed | | | $60,984.31 |
| Bencor  P.O. Box 521  Burton, TX 77835 | | Vendor | | | | $3,044.90 |
| Benny Southward  P.O. Box 25  Corinth, MS 38835 | | Vendor | | | | $3,090.82 |
| City of Corinth  300 Childs St  Corinth, MS 38834 | | Vendor | | | | $25,096.73 |

| Debtor | High Point, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Digi-Key<br>P.O. Box 250<br>Thief River Falls, MN 56701 | | Vendor | | | | $10,304.36 |
| Goldentek Display America, Inc<br>1221 N. Pratt Street<br>Corona, CA 92881 | | Vendor | | | | $20,812.50 |
| Imagineering Inc<br>2425 Towly Ave<br>Elk Grove Village, IL 60007 | | Vendor | | | | $10,992.92 |
| Kapitus, LLC<br>2500 Wilson Boulevard, Suite, 350<br>Arlington, VA 22201 | | Money Loaned | Unliquidated<br>Disputed | | | $130,884.00 |
| Master Electronics<br>PO Box 735672 | | Vendor | | | | $5,927.69 |
| Melrose Nameplate and Label CO.<br>26575 Corporate Ave<br>Hayward, CA 94545 | | Vendor | | | | $3,900.00 |
| Mouser Electronics (CANE WEINER COLLECTION)<br>PO Box 99319<br>Fort Worth, TX 76199 | | Vendor | | | | $20,123.60 |
| RS AMERICAS iNC<br>Dallas Lockbox<br>PO Box 841811<br>Dallas, TX 75284 | | Vendor | | | | $15,159.08 |
| S.M. Lawrence<br>2613A Getwell Rd<br>Corinth, MS 38834 | | Vendor | | | | $7,855.88 |
| The Cubbison Company<br>380 Victoria Rd<br>Youngstown, OH 44515 | | Vendor | | | | $4,258.12 |
| Underwriters Laboratories Inc. (UL Solutions)<br>758 Remittance Dr., Suite1524<br>Chicago, IL 60675-1524 | | Vendor | | | | $2,975.00 |

Abacus Technologies, Inc
3894 Maxim Drive #208
Naples, FL 34114


Additive Manufacturing
5988 Edmond Street
Las Vegas, NV 89118


American Express
P.O. Box 981535, El Paso, TX 79998.
El Paso, TX 79998-1535


Any Contracts / Leases?


Aonics Electronics
140 Island Way, PMB #158
Clearwater Beach, FL 33767


Arrow
P.O. Box 951597
Dallas, TX 75395


Automated Machine Products
1702 Sawyer Rd
Corinth, MS 38834


Avnet Electronics
P.O. Box 847722
Dallas, TX 75284


Balboa Capital Corporation
P.O. Box 15270
Irvine, CA 92623


Balboa Capital Corporation
575 Anton Blvd, Suite 1080
Costa Mesa, CA 92626


Bencor
P.O. Box 521
Burton, TX 77835


Benny Southward
P.O. Box 25
Corinth, MS 38835


Biz Capital (BizCapital Bidco I, LLC)
909 Poydras Street, Ste 2230
New Orleans, LA 70112-4003


Blue Ring Stencil
7345 Greendale Rd Unit 3
Windsor, CO 80550

City of Corinth
300 Childs St
Corinth, MS 38834


Compressor Products Intl. LLC
4410 Greenbriar Dr
Stafford, TX 77477


CT Corporation System, as representative
Attn: SPRS
330 N. Brand Blvd, Suite 700
Glendale, CA 91203


Digi-Key
P.O. Box 250
Thief River Falls, MN 56701


Drake Industries
380 Victoria Rd
Youngstown, OH 44515


EIS Legacy LLC
P.O. Box 734768
Chicago, IL 60673


Electrowise HSV, LLC
113 Jetplex Circle,Suite B3
Madison, AL 35758


Ellsworth Adhesives
LockBox 88207
Milwaukee, WI 53288


Epec LLC
Dept. 3630, PO Box 4110
Woburn, MA 01888


Goldentek Display America, Inc
1221 N. Pratt Street
Corona, CA 92881


Hughes Electrical, LLC
1727 Fieldstone Farms Rd
Corinth, MS 38834


Hypertech
7375 Adrianne
Memphis, TN 38133


Imagineering Inc
2425 Towly Ave
Elk Grove Village, IL 60007


Integrated Ideas & Technologies, Inc.
3946 W. Industrial Loop
Coeur D Alene, ID 83815

Just Bragg Lawn Care LLC
84 CR 407
Corinth, MS 38834


Kapitus, LLC
2500 Wilson Boulevard, Suite, 350
Arlington, VA 22201


Liskow & Lewis, APLC
Leon J. Reymond III
Hancock Whitney Center 701 Poydras St.,
New Orleans, LA 70139


Master Electronics
PO Box 735672


McMaster-Carr
PO Box 7690
Chicago, IL 60680


Mechatronic Techniques
2800 Exchange Street
Wylie, TX 75098


Melrose Nameplate and Label CO.
26575 Corporate Ave
Hayward, CA 94545


Mouser Electronics
CANE WEINER COLLECTION)
PO Box 99319
Fort Worth, TX 76199


National Logistics Service LLC
9132 Cheviot Rd
Cincinnati, OH 45247


Pitney Bowes
PO Box 981022
Boston, MA 02298


Quill.com
PO Box 37600
Philadelphia, PA 19101


Ray Whitley Electric
2605 Beauregard Park
Corinth, MS 38834


Renasant Bank
300 E. Bankhead St.
New Albany, MS 38652


Renasant Bank
304 S Cass St
Corinth, MS 38834

RS AMERICAS iNC
Dallas Lockbox
PO Box 841811
Dallas, TX 75284


S.M. Lawrence
2613A Getwell Rd
Corinth, MS 38834


Samtec
3837 Reliable Parkway
Chicago, IL 60686


Sandy Duncan
4050 County Road 400
Falkner, MS 38629


SOS Systems Inc.
3080 Stage Post Drive, Suite 106
Memphis, TN 38133


Stericycle, Inc
28883 Network Place
Chicago, IL 60673


Surge Staffing LLC
PO Box 933201
Atlanta, GA 31193


Test Equity LLC
1000 Ames Pod Dr, Suite 202
Tewksbury, MA 01876


The Cubbison Company
380 Victoria Rd
Youngstown, OH 44515


TTI INC.
P.O Drawer 99111
Fort Worth, TX 76199


U.S. Small Business Administration
2 North Street, Suite 320
Birmingham, AL 35203


UltraSource
106 Hwy 69N
Arab, AL 35016


Underwriters Laboratories Inc.
UL Solutions)
758 Remittance Dr., Suite1524
Chicago, IL 60675-1524

United Parcel Services (UPS)
PO Box 650116
Dallas, TX 75265


United Print Services
130 S. Filmore St
Corinth, MS 38834


Universal Instruments
PO Box 392228
Pittsburgh, PA 15251

# United States Bankruptcy Court
## Middle District of Tennessee, Nashville Division

In re **High Point, LLC**  
Debtor(s)

Case No.  
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **High Point, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

**April 10, 2025**  
Date

/s/ Robert J. Gonzales  
**Robert J. Gonzales**  
Signature of Attorney or Litigant  
Counsel for **High Point, LLC**  
**EmergeLaw, PLC**  
**4235 Hillsboro Pike, Suite 300**  
**Nashville, TN 37215**  
**(615) 815-1535 Fax:**  
**ecf@emerge.law**